DOIG v. MORGAN MACH. CO. (Circuit Court of Appeals, Second Circuit. January 5, 1899.) No. 116. Appeal from the Circuit Court of the United States for the Northern District of New York. For opinion of circuit court, see 89 Fed. 489. F. F. Church and Melville Church, for appellant. W. W. Hoover, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. In view of the state of the prior art as disclosed in the present record, it is not improbable that the defendant may succeed at final hearing in establishing the defenses upon which it relies to the two claims in

controversy of the complainant's patent. But we are of the opinion that the further evidence is not so cogent that the questions presented should be determined adversely to the complainant upon affidavits, with the result of depriving the complainant, upon a motion for a preliminary injunction, of the benefit of a prior adjudication in his favor after a strenuously contested litigation. The order is affirmed.